UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CHRISTOPHER BRUCE MOOREHART**     **CASE NO. 6:23-CV-00434 SEC P**
**#92637**

**VERSUS**     **JUDGE ROBERT R. SUMMERHAYS**

**IRVIN CAITS, ET AL.**     **MAGISTRATE JUDGE DAVID J. AYO**

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [ECF No. 21], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

The Court hereby ADOPTS the Report and Recommendation and finds that the Notice of Appeal filed by Christopher Moorehart was UNTIMELY FILED.

The Clerk of Court is INSTRUCTED to return this case to the United States Court of Appeals for the Fifth Circuit, in accordance with its Order dated February 16, 2024.[1]

THUS DONE in Chambers on this __8th__ day of August, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF No. 18.